[No. 14673-8-II.   Division Two.   October 23, 1991.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT D.
WEST, *Appellant*.

Appeal from a judgment of the Superior Court for Pacific County, No. 90-1-00094-8, Joel M. Penoyar, J., entered February 1, 1991. *Reversed* and *remanded* by

unpublished opinion per Petrie, J. Pro Tem., concurred in by Alexander and Morgan, JJ.